AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

USA

V.

Gonzalez, Jonathan and Isaac

**EXHIBIT AND WITNESS LIST**

Case Number: 22-mj-4376

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hennessy | Hassink | Griffis; Harty |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 08/12/2022 | Digitial | King |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | witness: Kyle Van Gerven |
| 1 |  | 8/12/2022 | x | x | Complaint Affidavit |
|  | 1 | 8/12/2022 | x | x | Letter |
|  | 2 | 8/12/2022 | x | x | Letter |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages